PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:22-mj-00076 SAB |
| Plaintiff, | **MOTION TO UNSEAL INDICTMENT; [PROPOSED] ORDER** |
| v. | Ctrm: 9 |
| | Hon. Stanley A. Boone |
| ALVARO ALEJANDRO VASQUEZ RINCON, | |
| Defendant. | |

This case is set for an initial appearance regarding an out-of-district indictment at 2:00 pm today in Courtroom 9. The underlying indictment was filed in the Central District of California on March 23, 2022 (C.D. Cal., Case No. 5:22-cr-00084-JFW).

Counsel for the government in this district contacted the charging Assistant U.S. Attorney in the Central District of California on May 18, 2022, who at that time authorized the present motion that the indictment be unsealed prior to the commencement of today's initial appearance. Counsel for the government in this district therefore moves that the above matter's indictment, likewise docketed in the

1

U.S. District Court in Fresno, California (identified in this district as Case No. 1:22-mj-00076 SAB) be ordered unsealed prior to today's initial appearance.

**O R D E R**

The government's request that the indictment to this matter be unsealed is GRANTED.

IT IS SO ORDERED.

Dated:   **May 19, 2022**

UNITED STATES MAGISTRATE JUDGE